IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD RIPLEY, and CAROL RIPLEY, | ) ) ) |
| Plaintiffs, | ) 4:10CV3115 ) |
| V. | ) ) |
| LPL FINANCIAL CORP., a California Corporation, | ) ORDER ) ) |
| Defendant. | ) ) |

The records of the court show that on June 16, 2010, (Filing No. 4), a letter was sent to attorney David M. Gaba from the Office of the Clerk directing that he pay the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h).

As of July 19, 2010, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before August 2, 2010, Attorney David M. Gaba shall submit payment for the 2009/2010 biennial attorney assessment fee or show cause by written affidavit why he cannot comply with the rules of the court.

Dated this 19th day of July, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge